UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DARRIEN GOETZENDANNER )<br><br>Petitioner, )<br><br>v. )<br><br>LUIS SPENCER, Superintendent, )<br><br>Respondent. ) | Civil Action No. 05-11553-JLT |

**ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADINGS TO PETITION FOR WRIT OF HABEAS CORPUS**

The respondent, with the assent of petitioner's counsel, hereby respectfully requests that this Court grant him an enlargement of time within which he must file an answer or motion to dismiss the petition for a writ of habeas corpus for a period of seven (7) days, up to and including August 24, 2005. In support of the motion, the respondent states that, pursuant to this Court's order, an answer or other responsive pleading is currently due to be filed by August 17, 2005. The undersigned assistant attorney general requires the additional seven-day period to review and analyze state materials concerning the petitioner's conviction and his state habeas petition, in order to formulate an appropriate response to the petition. The petitioner's counsel has given his assent to the seven-day extension, and granting this motion will neither unduly delay the proceedings nor cause prejudice to any party.

WHEREFORE, the respondent respectfully requests that this Court grant him until August 24, 2005, to file a responsive pleading to the petition for writ of habeas corpus.

    Respectfully submitted,

    LUIS SPENCER,

    By his attorneys,

    THOMAS F. REILLY
    ATTORNEY GENERAL

    /s/ Maura D. McLaughlin
    Maura D. McLaughlin
    Assistant Attorney General
    Criminal Bureau
    One Ashburton Place
    Boston, Massachusetts 02108
    (617) 727-2200 ext. 2857
    BBO No. 634923

Dated: August 17, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for the petitioner, Darrien Goetzendanner, on August 17, 2005, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, addressed as follows: Joseph F. Krowski, Sr., Esq., Law Offices of Joseph F. Krowski, Esq. , 30 Cottage Street, Brockton, Massachusetts 02301.

    /s/ Maura D. McLaughlin
    Maura D. McLaughlin