UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DARRIEN GOETZENDANNER )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>LUIS SPENCER, Superintendent, )<br>)<br>Respondent. )<br>) | Civil Action No. 05-11553-JLT |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1 REGARDING
MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS**

The undersigned affirms that on August 23, 2005, she conferred via telephone in good faith with Jason Howard, Esq., of the Law Offices of Joseph F. Krowski, Esq., counsel for the petitioner, in an effort to narrow and/or resolve the issues raised in the respondent's motion to dismiss.

Respectfully submitted,

/s/ Maura D. McLaughlin
Maura D. McLaughlin
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 ext. 2857
BBO No. 634923

Dated: August 24, 2005

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon counsel for the petitioner, Darrien Goetzendanner, on August 24, 2005, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, addressed as follows: Joseph F. Krowski, Sr., Esq., Law Offices of Joseph F. Krowski, Esq., 30 Cottage Street, Brockton, Massachusetts 02301.

      <u>/s/ Maura D. McLaughlin</u>
      Maura D. McLaughlin