UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-11553-JLT

_____

)
DARRIEN GOETZENDANNER a.k.a.        )
JAH RAB S.B. ALLAH                             )
     Petitioner                                        )
                                                              )
v.                                                          )
                                                              )
LUIS SPENCER, Superintendent,            )
MCI- Norfolk                                           )
     Respondent                                    )
_____  )

## PETITIONER'S ASSENTED TO MOTION TO EXTEND THE DEADLINE TO FILE HIS OPPOSITION TO RESPONDENT'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS TO  OCTOBER 3, 2005.

The Petitioner moves this court to extend the deadline to file his opposition to the Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus to October 3, 2005.

As reasons therefor:

1.     The requested extension is reasonably necessary to allow the Petitioner to prepare a responsive opposition;

2.     Counsel for the petitioner has an upcoming pre-planned vacation;

3.     Thereafter Counsel for the petitioner has an upcoming felony arson trial in Brockton Superior Court, Commonwealth v. John Anthony Weston, scheduled for September 12, 2005;

4.     The requested extension will not unduly delay adjudication of this matter; and

5.     The Assistant Attorney General representing the Commonwealth of Massachusetts has assented to this requested extension.

**Wherefore,** the Plaintiff requests that this motion be allowed.

Respondent                                          Petitioner,
By his Attorney                                     By his Attorney

/s/ Maura D. McLaughlin, Esquire
by Joseph F. Krowski                                /s/ Joseph F. Krowski, Esquire
_____                     _____
MAURA D. MCLAUGHLIN, AAG                             JOSEPH F. KROWSKI, ESQUIRE
OFFICE OF ATTORNEY GENERAL                           LAW OFFICE OF JOSEPH F. KROWSKI
Criminal Bureau                                     30 Cottage Street
One Ashburton Place                                 Brockton, MA 02301
Boston, MA 02108                                    (508) 587-3701
(617) 727-2200 x. 2857                              BBO: 654172
BBO: 634923

## CERTIFICATE OF COMPLIANCE

I, Joseph F. Krowski, Esquire, hereby certify that on August 25, 2005, I conferred with Assistant Attorney General Maura D. McLaughlin who agreed to assent to the extension sought by way of this motion.

/s/ Joseph F. Krowski, Esquire
_____
JOSEPH F. KROWSKI, ESQUIRE

## CERTIFICATE OF SERVICE

I, Joseph F. Krowski, Esquire, hereby certify that I have this 30th day of August, 2005, served a copy of the Petitioner's Assented to Motion to Extend the Deadline to File his Opposition to Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus to October 3, 2005,  on Maura D. McLaughlin, AAG, Office of the Attorney General, One Ashburton Place, Boston, MA 02108-1598 by first class mail postage prepaid.

/s/ Joseph F. Krowski. Esquire
_____
JOSEPH F. KROWSKI, ESQUIRE