# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DARRIEN GOETZENDANNER )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>LUIS SPENCER, Superintendent, )<br>)<br>Respondent. )<br>_____ ) | Civil Action No. 05-11553-JLT |

### AFFIDAVIT OF DAVID SLADE, ESQ.

Commonwealth of Massachusetts
Suffolk, ss.

1. I am currently employed as Sentencing Counsel for the Department of Correction. In this capacity, I am counsel for the defendant, Luis Spencer, Superintendent of the Massachusetts Correctional Institute at Norfolk in the state habeas corpus proceeding brought by the petitioner, Darrien Goetzendanner. I am familiar with the facts and circumstances of the state habeas proceeding (Norfolk Superior Court Docket No. NOCV2003-01010).

2. On September 29, 2005, the Norfolk Superior Court, Chernoff, J., held a hearing on the motion to dismiss the petitioner's state habeas petition which addressed the merits of the claim. At the conclusion of the hearing, Judge Chernoff took the matter under advisement.

Signed under the penalties of perjury,

David Slade

Dated: October 13, 2005

Signed before me this 13th day of October, 2005

_____
Notary Public

My commission expires: 4/13/08