**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Darrien Goetzendanner** | |
| **Petitioner** | |
| | **CIVIL ACTION** |
| **V.** | |
| | **NO.  05-cv-11553 JLT** |
| **Luis Spencer, Superintendent** | |
| **Respondent** | |

**JUDGMENT**

**Tauro,  D. J.**

In accordance with the Court's Endorsement dated January 18, 2006, adopting the Magistrate Judge's Report and Recommendation of December 29, 2005, granting the respondent's Motion to Dismiss,  it is hereby ORDERED:

Judgment for the Respondent.

By the Court,

| | |
|---|---|
| January 18, 2006 | /s/ Kimberly M. Abaid |
| Date | Deputy Clerk |

(R&R Judgment.wpd - 12/98)